**Electronically Filed
Supreme Court
SCWC-11-0001019
28-JAN-2015
09:38 AM**

SCWC-11-0001019

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI

---

BENJAMIN N. PULAWA, III,
Petitioner/Claimant-Appellant,

vs.

OAHU CONSTRUCTION CO., LTD.,
Respondent/Employer-Appellee,

and

SEABRIGHT INSURANCE COMPANY,
Respondent/Insurance Carrier-Appellee.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-11-0001019; CASE NO. AB 2009-496 (2-96-12947))

<u>ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI</u>
(By: Recktenwald, C.J., Nakayama, McKenna, Pollack, and Wilson, JJ.)

Petitioner/Claimant-Appellant Benjamin N. Pulawa, III's Application for Writ of Certiorari filed on December 18, 2014, is hereby accepted and will be scheduled for oral argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawaiʻi, January 28, 2015.

Dan S. Ikehara
for petitioner

Brian G.S. Choy and
Keith M. Yonamine
for respondent

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Richard W. Pollack

/s/ Michael D. Wilson

